IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARILYN ROBERTS,

       Plaintiff,

v.                                                                                          4:08cv258-WS

FLORIDA PAROLE COMMISSION,
and JUDGE WILLIAM GARY,

       Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 6) docketed August 5, 2008. The magistrate judge recommends that this action be dismissed for lack of jurisdiction and for failure to state a claim. The plaintiff has filed objections (doc. 7) to the report and recommendation.

    The court having reviewed the record in light of the plaintiff's objections, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 6) is hereby ADOPTED and incorporated by reference into this order.

    2. The plaintiff's complaint and this action are hereby DISMISSED for lack of jurisdiction and for failure to state a claim.

3.  The Clerk shall enter judgment accordingly.

DONE AND ORDERED this ___8th___ day of ___September___, 2008.


                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE